# Exhibit A

UNITEDHEALTH GROUP

# WELCOME TO NEW EMPLOYEE ORIENTATION!

Dial-in number: **1-888-844-7278** Access code: **213 2012**

**Please note, this line will accommodate up to 250 participants per session.

**Review these tips to help everyone get the most out of our time today:**

- Please place your phone on **mute, NOT on hold,** during this presentation.
- To avoid interruptions, close out your e-mail and any other applications you have open.
- Closing other applications will also help WebEx run faster on your computer.
- If you have a screen saver, be sure to move your mouse periodically so it doesn't time out.

**Enterprise Talent Development**

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Your facilitator today!

Trish Ringler
Enterprise Talent Development

Kirstin Toso
Enterprise Talent Development

Nicole Tulier
Enterprise Talent Development

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Today's topics include:

- Overview of UnitedHealth Group
- Key Policies and Practices
- Tools and Resources

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# UnitedHealth Group's Mission

Our mission
is to help people
live healthier lives.
Our role is to help improve
the health care system
for everyone.

Our Mission is to **help people live healthier lives**.

Our role is to **help improve the health care system for everyone**.

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# UnitedHealth Group's Mission

Our mission
is to help people
live healthier lives.
Our role is to help improve
the health care system
for everyone.

- Seek to enhance the performance of the health system and improve the overall health and well-being of the people we serve and their communities.
- Work with health care professionals and other key partners to expand access to high quality health care so people get the care they need at an affordable price.
- Support the physician/patient relationship and empower people with the information, guidance and tools they need to make personal health choices and decisions.

## Affordability Quality Accessibility

## What does this mean and how do we do it?

- Simplify the system
- Make health care more affordable
- Promote prevention
- Personalize choice
- Keep consumers informed

- Share knowledge with physicians and hospitals
- Invest in America's public health programs
- Ensure improvement in customer satisfaction
- Provide the Nation's premier network

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

**Our Mission**

Our mission is to help people live healthier lives. Our role is to make health care work for everyone.

**Our Values**

**Integrity** Honor commitments. Never compromise ethics.

**Compassion** Walk in the shoes of people we serve and those with whom we work.

**Relationships** Build trust through collaboration.

**Innovation** Invent the future, learn from the past.

**Performance** Demonstrate excellence in everything we do.

## OUR UNITED CULTURE

The way forward

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Our Businesses

## OUR HEALTH BENEFITS BUSINESS: UNITEDHEALTHCARE

UnitedHealthcare

"Health in Numbers"

*Helping People Live Healthier Lives*

UnitedHealthcare Community & State

UnitedHealthcare Employer & Individual

UnitedHealthcare Medicare & Retirement

UnitedHealthcare Military & Veterans

UnitedHealthcare International

- Serving 35 million Americans at every stage of life
- Innovation-driven growth
- Exceptionally well positioned to evolve and grow through health care reform

## OUR HEALTH SERVICES BUSINESS: OPTUM

OPTUM™

"Good for the System"

*Making the Health Care System Work Better for Everyone*

OptumInsight

OptumHealth

OptumRx

- Health care information technology
- Consumer engagement and support
- Integrated care delivery
- Pharmacy
- Health financial services

A dedicated and independent business providing services to:

6,000 hospital facilities, 250,000 health care professionals, 60 million consumers

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Our Businesses

## *Who Am I?*

UNITEDHEALTH GROUP®

**Benefits Businesses**

UnitedHealthcare®

**Services Businesses**

OPTUM

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Our Commitment to Social Responsibility

## Helping people live healthier lives by improving the access, quality and affordability of health care

Business
Existing products and services
New business innovations
SR Commitment:
Helping people live healthier lives by reducing chronic disease through prevention and care
Supported by business products and services & strategic philanthropy and volunteering
Philanthropy
SR commitment
Stakeholder and community investments & employee engagement

***Strategic support: communications, government affairs, IT and measurement***

***SR business practices: environment, ethics, governance, procurement and diversity & inclusion***

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Making a Difference in Our Communities

## Involve The Volunteer Program

- ❑ **Over 350,000** hours of service logged in 2011
- ❑ **Involve, The Volunteer Program** intranet site: tools, resources & important links
- ❑ **Dollars for Doers** $200 grant for 30 volunteer hours; plus, $100 Quarterly Incentive Drawing
- ❑ **VolunteerMatch** to find volunteer opportunities
- ❑ **Time Away From Work** with Manager approval for teambuilding
- ❑ **Volunteer councils/committees** across the U.S.
- ❑ **Seasons of Service** brings volunteers together in support common causes

## The Giving Campaign

- ❑ **Fall Campaign**: Pledge your dollars in September/October
- ❑ **Open Campaign:** Donate to the charity of your choice
- ❑ **Dollar-for-Dollar** company match to nine giving partners (over 7,100 organizations)
- ❑ **Ways to Give:** One-time donation or recurring payroll pledge
- ❑ **2011 record setting** campaign! Over $15 million dollars pledged for 2012 disbursement
- ❑ **New employees** can participate immediately through new hire tools and resources

## Strategic Philanthropy

- ❑ **United Health Foundation:** Over $187 million donated to date
- ❑ **Health Centers of Excellence**
  - Advancing Clinical Excellence
  - Diverse Scholars Initiative
  - America's Health Rankings®
- ❑ **UnitedHealthcare Children's Foundation:** grants to children with health insurance who have unmet medical needs
- ❑ **United Minnesota:** 10-year, $100 million commitment to giving back
- ❑ **National Partnerships:**
  - American Heart Association
  - Make-A-Wish
  - YMCA

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Frontier – UnitedHealth Group's Intranet

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Resources for New Employees

- Interactive task list
- Links to your benefit resources
- Resources for New Employees

Welcome Tuller, Nicole J | Frontier | UnitedHealthGroup.com | Search | Site Actions | Change Country

UNITEDHEALTH GROUP

HRdirect United States

Home | Manager Center | Career | LearnSource | Financial Fitness | Health & Wellness | Time & Pay | Policies & Practices | Life & Personal Info | Global Self Service

HRdirect > Home > Policies & Practices > Welcome to UnitedHealth Group

## Welcome to UnitedHealth Group

*Congratulations on your new position at UnitedHealth Group! Our mission is to help people live healthier lives. The information on this page offers highlights of the things you should know to help make informed and smart decisions as a new employee. Consult the Resources for New Employees site for full details. These resources, as well as your manager, United HRdirect, and others will help you to succeed as an employee at the UnitedHealth Group*

### First Day & First Week

- Meet Your Manager
- Complete Employment Eligibility Verification I-9 Form
- Complete Other New Employee Forms
- Complete Self Service Forms
- Attend New Employee Orientation
- Decide participation and enrollment in UnitedHealth Group 401(k) Savings

### First Month

- Complete Health Benefits Enrollment (within 30 days)
- Register at MyUHC
- Discuss Development and Business Goals
- Complete Professional Profile
- Complete 401(k) Rollovers

### Spotlight

- Resources for New Employees
  Get full details on your new employee resources and tasks
- Orientation Checklist
  Additional help for getting started

### Need Help?

If you still need assistance, support is available:

Contact HRdirect

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited



# HR Information Sources & Systems

United HRdirect is UnitedHealth Group's one-stop Human Resources Service Delivery system.

Site Actions
Welcome Tulier, Nicole J
Frontier
UnitedHealthGroup.com
Search
Change Country
UNITEDHEALTH GROUP
HRdirect
Home
Manager Center
Career
LearnSource
Financial Fitness
Health & Wellness
Time & Pay
Policies & Practices
Life & Personal Info
Global Self Service
Introducing the New, Upgraded HRdirect Portal
Learn more about the enhanced HRdirect portal th
Spotlight
Fortune Ranks UnitedHealth Group "Most Admired
Fortune Names UnitedHealth Group Among Top Companies for
Why did I have to log in again if Enterprise Single Sign-On has been implemented?
Manager Actions
Create Requisition
Manage Delegation
MAP WorkCenter
At work, access the intranet from Frontier or by going to:
https://unitedhrdirect.uhc.com
At home, visit the Internet site at
https://www.unitedhrdirect.net
United HRdirect
Form I-9, Employment Eligibility Verification
completion of this form.
d individuals. Employers CANNOT
vidual because the documents have a
New Employee Forms
Self Service

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# HR Information Sources & Systems

## Your Manager

Information on your specific job and workplace

- Career & Development
- Health & Wellness
- Financial Fitness
- Time & Pay
- Policies & Practices
- Life & Personal Info

## HRdirect Call Center

(**1-800-561-0861**) HRdirect representatives are available to answer your questions from 7 am to 7 pm Central time, Monday-Friday

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Enterprise Single Sign-On (eSSO)

- **MS ID:** The name used to log onto the UnitedHealth Group network when you use your work computer.
- **Password** – UnitedHealth Group network password.
UNITEDHEALTH GROUP
Enterprise Single Sign On
HRdirect Portal and Global Self Service Access
UnitedHealth Group eSSO
Enterprise SSO provides UnitedHealth Group employees and contractors with the ability to access a number of applications using your MS ID and password. This is the ID and Password you use to log onto UnitedHealth Group's network.
Sharing this ID and password potentially allows access to all of the eSSO applications you are entitled to use and is strictly prohibited.
If you need help with your MS ID and/or Password please contact the United Support Center
Sign into Enterprise SSO
Enter your MS ID then click Login
MS ID:
Clear
Login
Click here to update your Single Sign-On Account Settings
United HRdirect
Form I-9, Employment Eligibility Verification
completion of this form.
d individuals. Employers CANNOT
vidual because the documents have a
New Employee Forms
Enterprise Single Sign-On
Self Service

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

15

# Self Service

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# GLOBAL SELF SERVICE- direct link through homepage of Frontier

UNITEDHEALTH GROUP
Favorites Main Menu
GLOBAL SELF SERVICE
Home | HRdirect | Add to Favorites | Sign out
Employee Quick Links
Career Opportunities/Referral
Search/Apply for Internal Positions
My Development Plan
Create and maintain your individual development goals.
My MAP Goals
Review your organizational goals and create your individual performance goals.
My Professional Profile
Update your profile of skills, competencies, licenses and accomplishments.
My Time Away From Work
View my time away from work balance information.
Personal Information Summary
Review a summary of your personal information.
Report My Time
Report your time and task details for a day, week, or time period.
View Paycheck
Review current and prior paychecks.

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# GLOBAL SELF SERVICE- path to completing Employee Forms

**Path: from Frontier home page>click Global Self Service from Important Links column on right>sign in through Common Logon>click Personal Information Summary >click Personal Information > click Employee Forms**

UNITEDHEALTH GROUP

GLOBAL SELF SERVICE

Home | HRdirect | Add to Favorites | Sign out

Favorites Main Menu

Employee

Self Service
Manager Self Service
Reporting Tools
PeopleTools
Home

Career and Development
MAP
Payroll and Compensation
Personal Information
Time Reporting
ULearn Quick Links

Personal Information Summary
Home and Mailing Address
Phone Numbers
Email Addresses
Emergency Contacts
Name Change
Ethnic Groups
Gender Information
LGBT Information
Veterans Information
Disability Information
Validate and Approve I-9 Forms
Employee Forms
My Employee Information

Career C
Search/Ap

My Devel
Create and maintain your individual developme

My MAP Goals
Review your organizational goals and create your individual performance goals

My Professional Profile
Update your profile of skills, competencies, licenses and accomplishments

My Time Away From Work
View my time away from work balance information

Personal Information Summary
Review a summary of your personal information

Report My Time
Report your time and task details for a day, week, or time period

View Paycheck
Review current and prior paychecks

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# GLOBAL SELF SERVICE- path to completing Employee Forms

**Path: from Frontier home page>click Global Self Service from Important Links column on right>sign in through Common Logon>click Personal Information >click Employee Forms**

UNITEDHEALTH GROUP
GLOBAL SELF SERVICE
Home | HRdirect | Add to Favorites | Sign out
Personal Information > Personal Information Summary
Personalize Page
http
Personal Information
Emergency Contacts
KIRSTIN TOSO
Emergency Contacts
Contact Name
Relationship to E
Linda Toso
Parent
Theresa Moerbitz
Friend
Add Em
Save
Return to Personal Information
Personal Information Summary
Home and Mailing Address
Phone Numbers
Email Addresses
Emergency Contacts
Name Change
Ethnic Groups
Gender Information
LGBT Information
Veterans Information
Disability Information
Validate and Approve I-9 Forms
Employee Forms
My Employee Information

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# GLOBAL SELF SERVICE- path to completing Employee Forms

**Path: from Frontier home page>click Global Self Service from Important Links column on right>sign in through Common Logon>click Personal Information >click Employee Forms**

UNITEDHEALTH GROUP

Home

Favorite: Main Menu > Self Service > Personal Information > Employee Forms

## Employee Forms

Like all employers, UnitedHealth Group requires all employees to follow company policies and practices. The forms listed below describe several important policies that every UnitedHealth Group employee must read and follow.

To ensure you have read and agree to each of these policies, please click on each button, read each form and follow the instructions to provide us with your electronic signature.

UnitedHealth Group considers your electronic signature as your agreement to each of the policies outlined. Your continued employment is dependent upon our receipt of your electronic signature.

If you have questions about any of the forms below, please call HRdirect at 1-800-561-0861. HRdirect representatives are available to help you Monday through Friday, 7:00 a.m. to 7:00 p.m., Central time.

| | |
|---|---|
| Orientation Acknowledgement | New Employee Orientation Training Acknowledgement |
| Compliance and Ethics | The Code of Conduct and Employee Handbook Acknowledgement Form |
| Arbitration Acknowledgement | UnitedHealth Group Employment Arbitration Policy Acknowledgement Form |
| Forms and Dates Received | View receipt of all requested new employee forms. |

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# New Employee Forms

| Form | Completion |
| --- | --- |
| I-9 Form | Must complete within 3 days |
| UnitedHealth Group Employment Arbitration Policy Acknowledgement Form | Acknowledge completion |
| UnitedHealth Group Principles of Ethics and Integrity and Employee Handbook Acknowledgement Form | Acknowledge completion |
| W4 Tax Withholding Form | Suggest completion within 3 days |
| Direct Deposit Form | Suggest completion within 3 days |
| New Employee Orientation Training Acknowledgement Form | Suggest completion immediately after this session |
| Employee Benefits Transaction Authorization Form | Beneficiary Designation Form |

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Key Policies and Practices

**Our goal is to provide guidelines so you can:**

- Succeed in your job
- Achieve our goals through collaboration
- Maintain a high standard of business ethics

UNITEDHEALTH GROUP

Home Manager Center Career & Development Financial Fitness Health & Wellness Time & Pay Policies & Practic

Sexual and Other Harassment

Non-Discrimination Policy

Internal Dispute Resolution and Arbitration

Non-Retaliation Policy

You are responsible for becoming familiar with and following these policies.

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Valuing Diversity: Zero Tolerance for Harassment

- We have a zero tolerance policy for harassment based on:

  - ✓ Age
  - ✓ Race
  - ✓ Gender
  - ✓ Color
  - ✓ Religion
  - ✓ National origin
  - ✓ Disability
  - ✓ Marital status
  - ✓ Covered veteran status
  - ✓ Sexual orientation
  - ✓ Status with respect to public assistance

If you are feeling harassed or witness harassment, contact your supervisor and/or HRdirect at 1-800-561-0861

**There is a no retaliation policy regarding anyone involved in or cooperating with any investigation.**

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Internal Dispute Resolution Process (IDR)

**As workplace concerns occur, we:**

- believe they are best resolved through open and candid discussions with your supervisor / manager
- encourage you to discuss concerns as soon as possible.

## Internal Dispute Resolution

- Formal three-step process where you work with progressive management levels to resolve a concern or issue
- Focus is on prompt, fair and private resolution
- You can use the IDR process without fear of reprisal and will not be subject to any retaliatory actions
- There is more information regarding the IDR process in the United HRdirect

**Arbitration Policy**

- Formal process to resolve legal issues that cannot be resolved through the IDR process
- For more information and specific Employee Arbitration Policy information, please visit the HRdirect Knowledge Base

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Information Risk Management

• The goal of Information Risk Management is to protect the availability, integrity and confidentiality of UnitedHealth Group's information assets.
• Some Proper Information Security measures:
- Never share User IDs and Passwords
- If your password is lost or stolen, call the UnitedSupport Center (1-888-UHT-DESK).
- If you work with a laptop, use appropriate security measures (security cable, locked desk, trunk of your car)
- Never leave your laptop unattended in a public place.
• For more information regarding Information Risk Management visit the corporate website via frontier at click on Corporate Services.

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

25

# Our Tobacco-Free Workplace

- Use of any tobacco and smokeless tobacco products is prohibited on UnitedHealth Group premises
- Includes parking lots, private vehicles, leased or shared space
- Applies to employees, contractors, vendors and visitors

Visit **https://www.unitedhrdirect.com/hrdirect/tfwp/** for details.

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Enterprise Insurance Services, Health and Safety

UNITEDHEALTH GROUP

Businesses | Corporate Departments | Our Company | Resources | Frontier Home

FRONTIER

PEOPLE Advanced | INTRANET Advanced | GOOGLE

Last Name | First Name | Search

Welcome Mary Harper | Corporate | UNH $72.21 -0.58

Frontier > UnitedHealth Group > Enterprise Insurance Services, Health & Safety

EISH&S | Insurance Services | Health & Safety | Workers Compensation | Global Travel Assistance Program |

**Welcome to Enterprise Insurance Services, Health & Safety (EISH&S)** Share

### Insurance Services

Consolidated risk financing and purchasing of insurance to protect the assets of, and satisfy statutory and customer requirements for, UnitedHealth Group across the enterprise.

Contact Us

### Health & Safety

Promote and support a safe and healthy work environment by providing leadership, policy/program development, training, research, information, and consultation services in the field of occupational and environmental health & safety across the enterprise.

Contact Us

### Workers' Compensation

Returning employees to their jobs after an occupational illness or injury.

Contact Us

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Paid Time Off (PTO)

Site Actions
Welcome Tulier, Nicole J
Frontier
UnitedHealthGroup.com
Search
Change Country
UNITEDHEALTH GROUP
HRdirect
United States
Home
Manager Center
Career
LearnSource
Financial Fitness
Health & Wellness
Time & Pay
Policies & Practices
Life & Personal Info
Global Self Service
HRdirect > Home > Policies & Practices > Time & Attendance > Paid Time Off (PTO)
Paid Time Off (PTO)
Spotlight

- PTO replaces traditional vacation, sick and floating holiday programs with a single bank of time away from work.
- PTO begins to accumulate from your first pay period of employment.
- Your current PTO balance is shown on each pay statement, or you can go to Employee Self Service > Time and Attendance > My Time Away From Work
- You can borrow up to one week of your standard hours before the PTO has been granted
- Annually, you can carry over unused PTO up to a maximum of 40 hours.
- Company holidays, jury duty, funeral leave and military leave are not included in PTO.

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# More about PTO and Pay

PTO Schedule-example only (for employees working 40 hours a week):

| | **Less than 5 Years** | **5-9 Years** | **10 or more years** |
|---|---|---|---|
| **Grades 20-24, SBA** | 18 Days | 23 Days | 28 Days |
| **Grades 25-32, SBI, SBL, SSL, M1-4** | 23 Days | 28 Days | 28 Days |
| **Executive Level** | 28 Days | 28 Days | 28 Days |

**PTO Accrual**

- Begins at your first pay period.
- Will vary based on your SALARY GRADE LEVEL and YEARS with the company.
- To view balance, go to “View My Paycheck” in HRDirect.

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# More about PTO eligibility

Temporary Employee

- Casual Temporary
- Per Diem
- Student Intern
- Paid by UHG

**Eligible for …**

- UHG 401K

**Not eligible for…**

- UHG Benefits
- Benefit Programs
- Policies or Arrangements
- Paid Time Off

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

Payroll Calendar at a glance…

# 2014 U.S. PAYROLL CALENDAR

UNITEDHEALTH GROUP

## JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

Dec 15 - Dec 28 paid Jan 3
Dec 29 - Jan 11 paid Jan 17
Jan 12 - Jan 25 paid Jan 31

## FEBRUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

Jan 26 - Feb 8 paid Feb 14
Feb 9 - Feb 22 paid Feb 28

## MARCH

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

Feb 23 - Mar 8 paid Mar 14
Mar 9 - Mar 22 paid Mar 28

**Pay Period Schedule:**

•Every other Friday pay – paid period ending the previous Saturday.
•Each pay period is listed with each pay date.
•Complete your direct deposit information and your W-4.

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# LearnSource

LearnSource will help you:

- Focus your development goals to help the business achieve it's goals.
- This continuous process relies on individual accountability

Welcome Tulier, Nicole J ⌄ Frontier UnitedHealthGroup.com Search Site Actions ⌄ Change Country ⌄

UNITEDHEALTH GROUP HRdirect United States

Home | Manager Center | Career | LearnSource | Financial Fitness | Health & Wellness | Time & Pay | Policies & Practices | Life & Personal Info | Global Self Service

HRdirect › Home › LearnSource

## LearnSource - Learning Resources

**New Health Care 101 Site**

Health Care 101: Understanding Our Industry Empowers Your Growth

### Key Actions

- View My Courses & History
- Access My Development Plan
- Search LearnSource Catalog
- Browse LearnSource Catalog

### Spotlight

- Access getAbstract Business Book Summaries
- Access GlobeSmart
- Explore Your Career
- Financial Literacy Series
- Health Care Series
- Make Connections: Mentoring & ONE connect Communities

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Your Development

You are invited to continue to grow

and strengthen your skills …sustaining a performance-driven culture.

Welcome Tuller Nicole J · Frontier · UnitedHealthGroup.com · Search · Site Actions · Change Country

UNITEDHEALTH GROUP® HRdirect United States

Home | Manager Center | Career | LearnSource | Financial Fitness | Health & Wellness | Time & Pay | Policies & Practices | Life & Personal Info | Global Self Service

HRdirect > Home > Career > Develop Yourself > Take Action on Your Career > Stretch!

## Stretch!

We believe that continuing to grow and strengthen your skills is critical to executing on the fundamentals of our business: cultivating an engaging workplace, and sustaining a performance-driven culture. At UnitedHealth Group, our development planning process, **Stretch!** encourages you to invest in building your capabilities, to strengthen your skills, and to acquire new ones that enable you to be ready for opportunities in the future. Your development as an employee is essential - and this whole process begins with you.

### Steps to Follow ...

STEP 1 Clarify Career Interests and Development Goals

STEP 2 Identify Business Goals and Needs

STEP 3 Align and Prioritize Development Goals and Activities

STEP 4 Complete Development Activities and Debrief with Your Manager

STEP 1 Clarify Career Interests and Development Goals

Development planning begins with you. Before you start planning your goals with your manager, take some time to consider the following topics when reviewing your skills and interests.

### Key Actions

- Access My Development Plan: Set personal Development Goals, link activities to those goals and track development progress.
- Take the 10-Minute Tip: Development Planning

### Spotlight

- My Development Plan User Guide
- LearnSource - Learning Resources

### For Your Country Only

- Right to Request Time Off for Training
- Continuing Professional Development Policy

Mentoring

**MentorSource**, our online mentoring platform for all employees, will enable you to create intentional learning networks.

- **Create a Successful Mentoring Experience**
- **Get Started Resources**
- **Overview of MentorSource**
- **Mentoring at UHG, with Jeannine Rivet**

UNITEDHEALTH GROUP

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.

# Learn More. Benefit More.

**Before we move into our BENEFITS portion of our session, I'd like to pause for any questions....**

*This summary provides general information about UnitedHealth Group benefits. Statements made herein are general summaries. UnitedHealth Group reserves the right to amend, modify or terminate the benefits discussed herein at any time. If there are any differences between the official plan document for any benefit plan and this summary, the official plan documents will govern.*

© 2012 UnitedHealth Group. Any use, copying or distribution without written permission from UnitedHealth Group is prohibited.