# Exhibit C

 



Type in a few words and click "Search"   Tips

 Search

Limit search to:
☑ Internal Dispute Resolution and Arbitration

About United HRdirect

Getting Started at UnitedHealth Group

Benefits Handbook and Other Information

Employee Handbook
  Introduction
    • Handbook Purpose
    • Resources for Employees
    • Printable Employee Handbook
  Ethics and Integrity
    • Ethics and Integrity
    • Integrity of Claims, Reports and Representations to Government Entities
  Employment
  Work Schedules & Pay
    • Flexible Work Arrangements
    • Work Schedules
    • Classification of Employees
    • Pay Periods
    • Overtime Pay
    • Self Service Time and Attendance
    • Compensation Philosophy
    • Emergency Closings and Severe Weather Guidelines
  Work Conduct
    • Attendance
    • Attendance - California Employees
    • Corrective Action Process
    • Sexual and Other Harassment

# Internal Dispute Resolution and Arbitration



The company encourages you to bring work-related concerns to management's attention.  This policy describes a range of problem-solving options and resources available to you.

## Topics you will find on this page

    Applies to
    Arbitration
    Resolution process
    Confidentiality
    Contact

## Applies to
This policy applies to all employees.

**More...**

Back to top

## Arbitration
UnitedHealth Group values each employee and looks forward to good relations with, and among, all employees.  Even in the best relationships, misunderstandings and concerns may sometimes occur.  UnitedHealth Group believes that workplace concerns are best resolved through open and candid discussions with your manager and you are encouraged to discuss any concerns as soon as they arise.

UnitedHealth Group believes that the Internal Dispute Resolution (IDR) policy and the Employment Arbitration Policy, provide you with the opportunity to receive prompt and objective review of your employment concerns.  These problem-solving procedures enable you to resolve any employment concerns through a full range of procedures without fear of reprisal, while minimizing the cost of an inherent external proceeding.  Most importantly, your concerns can be addressed promptly, without need for lengthy delays.

**More...**
▸ If your complaint involves reviewer

Back to top

## Resolution process
There are three steps involved in resolving a work-related issue.

Disputes covered under the Internal Dispute Resolution (IDR) process are not limited to disputes that involve a legal claim.  However, an IDR cannot be filed to dispute a UnitedHealth

**More...**
▸ Description of each step
▸ If response takes too long

Non-Retaliation
Policy

Violence-Free
Workplace

Alcohol and
Drugs in the
Workplace

Non-Solicitation
Policy

Authorized
Inspections and
Phone Monitoring

Smoking Policy

Dress Guidelines

Travel and
Expense
Reimbursement

Government
Sanctions Policy

Dispute Resolution

Internal Dispute
Resolution and
Arbitration

'One Breath'
Policy

Security & Safety

Time Off

Leaves of Absence

Employee Services

Forms, Guides and
Links

My Pay

My Time Off

Leaves of Absence

Workers
Compensation

My Employee Data

Employee Programs

Workplace Practices

Hiring Process &
Tools

Leadership
Development

My Development

Performance
Management

Compensation
Programs &
Guidelines

Ending Your
Employment


Plans and programs
valid as of

Select a new date

Group policy.

Disputes covered under the Arbitration Policy are based on a
legal claim that arises or involves a claim under any federal,
state or local statue, regulation or common law doctrine
regarding or relating to employment discrimination, terms and
conditions of employment, or termination of employment.

**Terminated Employees**

An appeal of a termination must be submitted in writing within
20 days of the termination.   The appeal process should
BEGIN at Step 3 of the Internal Dispute Resolution and
Employee Arbitration process.

You can end the process any time by writing a letter to Human
Resources retracting the issue.

Back to top

## Confidentiality

The company has an open door policy which recommends
that you speak with your supervisor about your issue.  If this
meeting isn't successful, you can go through the formal steps
outlined in the Internal Dispute Resolution Policy  (IDR).

Only those directly involved in reviewing your complaint will be
aware of the complaint.

Back to top

## Contact

For more information, contact United HRdirect.

United HRdirect

Phone:  (800) 561-0861 (7:00 a.m. to 7:00 p.m. CT Monday -
Friday)
Fax:  (800) 921-1278

Back to top

**See also...**
Harassment
Discrimination

**More...**

Viewing other complaints

Back to top

**More...**

The information in this Knowledge Base is subject to applicable laws, regulations, as well as UnitedHealth
Group policies and plan documents. If any discrepancy exists, the UnitedHealth Group policies and plan
documents govern. This information is presented on June 13, 2007.

 UnitedHealth Group

 united **HRdirect**

HOME    CONTACTS    DICTIONARY    HELP    FORMS    SIGN OUT

About United HRdirect

Getting Started at UnitedHealth Group

Benefits Handbook and Other Information

Employee Handbook

Introduction

• Handbook Purpose

• Resources for Employees

• Printable Employee Handbook

Ethics and Integrity

• Ethics and Integrity

• Integrity of Claims, Reports and Representations to Government Entities

Employment

Work Schedules & Pay

• Flexible Work Arrangements

• Work Schedules

• Classification of Employees

• Pay Periods

• Overtime Pay

• Self Service Time and Attendance

• Compensation Philosophy

• Emergency Closings and Severe Weather Guidelines

Work Conduct

• Attendance

• Attendance - California Employees

• Corrective Action Process

• Sexual and Other Harassment

Type in a few words and click "Search"    Tips

 Search

Limit search to:

☑ Internal Dispute Resolution and Arbitration

◀ Internal Dispute Resolution and Arbitration home page

## If your complaint involves reviewer

### If your complaint involves reviewer                    **More...**

 **Q**  **What should I do if I have a complaint that involves the person who is supposed to review my complaint?**

**A**  If you have an issue with the person you are supposed to file the complaint with, or if you feel it is inappropriate to have a discussion with this person, go to the person identified in the next step or call United HRdirect at (800) 561-0861 (7:00 a.m. - 7:00 p.m. CST Monday - Friday).

Back to top ▲

The information in this Knowledge Base is subject to applicable laws, regulations, as well as UnitedHealth Group policies and plan documents. If any discrepancy exists, the UnitedHealth Group policies and plan documents govern. This information is presented on June 13, 2007.

- Non-Retaliation Policy
- Violence-Free Workplace
- Alcohol and Drugs in the Workplace
- Non-Solicitation Policy
- Authorized Inspections and Phone Monitoring
- Smoking Policy
- Dress Guidelines
- Travel and Expense Reimbursement
- Government Sanctions Policy

Dispute Resolution

- Internal Dispute Resolution and Arbitration
- 'One Breath' Policy

Security & Safety

Time Off

Leaves of Absence

Employee Services

Forms, Guides and Links

My Pay

My Time Off

Leaves of Absence

Workers Compensation

My Employee Data

Employee Programs

Workplace Practices

Hiring Process & Tools

Leadership Development

My Development

Performance Management

Compensation Programs & Guidelines

Ending Your Employment

Plans and programs valid as of

Select a new date

Case 1:13-cv-08541-KBF   Document 25-3   Filed 02/12/14   Page 7 of 14



**UnitedHealth Group**

united
**HRdirect**

HOME     CONTACTS     DICTIONARY     HELP     FORMS     SIGN OUT



About United
HRdirect

Getting Started at
UnitedHealth Group

Benefits Handbook
and Other Information

Employee Handbook

Introduction

* Handbook
  Purpose

* Resources for
  Employees

* Printable
  Employee
  Handbook

Ethics and Integrity

* Ethics and
  Integrity

* Integrity of
  Claims, Reports
  and
  Representations
  to Government
  Entities

Employment

Work Schedules &
Pay

* Flexible Work
  Arrangements

* Work Schedules

* Classification of
  Employees

* Pay Periods

* Overtime Pay

* Self Service Time
  and Attendance

* Compensation
  Philosophy

* Emergency
  Closings and
  Severe Weather
  Guidelines

Work Conduct

* Attendance

* Attendance -
  California
  Employees

* Corrective Action
  Process

* Sexual and Other
  Harassment

Type in a few words and click "Search"   Tips

 Search

Limit search to:
☑ Internal Dispute
Resolution and
Arbitration

◂ Internal Dispute Resolution and Arbitration home page

# Description of each step

## Topics you will find on this page

▪ Starting the process

▪ Step 1

▪ Step 2

▪ Step 3

▪ Arbitration

## Starting the process

**More...**

**Q**   **When should I start the Internal Dispute
Resolution (IDR) Process?**

**A**   If requested by either you or management, set up a
meeting or teleconference to discuss the issue with
United HRdirect.

Back to top

## Step 1

**More...**

The Internal Dispute Resolution (IDR) Process consists of
the following three steps:

◂ Internal Dispute Resolution
Filing Form

◂ Internal Dispute Resolution
Response Form

**Step 1**

* Complete an IDR Filing Form and submit a written
  statement of the concern within 10 working days after
  the informational discussion with your manager, but
  no later than 20 days from the decision/action that
  raised your concern
* If requested by either you or your manager, a
  meeting or teleconference (if you and your manager
  are in different locations) will be scheduled, usually
  within 20 working days from receipt of the written
  concern, to discuss the issue
* Either you or your manager can request that either a
  Human Capital Partner or a United HRdirect
  Employee Relations Specialist attend this meeting.
  You can contact your Human Capital Partner directly
  or call United HRdirect to arrange for an Employee
  Relations Specialist to attend the meeting
* The manager reviewing the concern will use an IDR
  Response Form to provide a written response  within
  20 working days of the meeting

- Non-Retaliation Policy
- Violence-Free Workplace
- Alcohol and Drugs in the Workplace
- Non-Solicitation Policy
- Authorized Inspections and Phone Monitoring
- Smoking Policy
- Dress Guidelines
- Travel and Expense Reimbursement
- Government Sanctions Policy

Dispute Resolution
- Internal Dispute Resolution and Arbitration
- 'One Breath' Policy

Security & Safety
Time Off
Leaves of Absence
Employee Services

Forms, Guides and Links
My Pay
My Time Off
Leaves of Absence
Workers Compensation
My Employee Data
Employee Programs
Workplace Practices
Hiring Process & Tools
Leadership Development
My Development
Performance Management
Compensation Programs & Guidelines
Ending Your Employment

Plans and programs valid as of

Select a new date

## Step 2

### Step 2

- Using an IDR Appeal Form, you may appeal the Step 1 response to the department head/site manager
- The appeal should be submitted in writing within 10 working days from receiving a written response to the prior step.  As a part of your written appeal, you can request to have a face-to-face or telephonic meeting
- Any management response not appealed to the next level within 10 working days from the written response to the prior step will be considered as satisfactory to you.  As part of your written appeal, you can request to have a face-to-face or telephonic meeting
- The manager reviewing your concern will provide a written response to you using the IDR Response Form within 20 working days of the meeting

## Step 3

### Step 3

- Using an IDR Appeal Form, you may appeal the Step 2 response to the site vice president or your business operation/segment head.  Specific manager levels and titles will be clarified by your immediate manager for your specific business segment
- Step 3 appeals should be submitted in writing within 10 working days from receiving a written response to Step 2.   Your appeal should include whether you would like a face-to-face or telephonic Step 3 meeting
- Any management response not appealed to the next level within 10 working days from the written decision at Step 2 will be considered satisfactory to you
- The manager reviewing your concern will provide a written response to you using the IDR Response Form within 20 working days of the Step 3 meeting
- Step 3 responses are the final review in the IDR process and considered final and binding by you and your immediate manager, except that you may request arbitration in accordance with the UnitedHealth Group Employment Arbitration Policy, for those issues subject to the policy

### Terminated Employees

An appeal of a termination must be submitted in writing within 20 days of the termination.   The appeal process should BEGIN at Step 3 of the Internal Dispute Resolution and Employee Arbitration process.

## Arbitration

Occasionally, disagreements may arise between you and UnitedHealth Group or between you in the context that involves UnitedHealth Group.  UnitedHealth Group believes that the resolution of those types of disagreements are best accomplished by using the Internal Dispute Resolution (IDR) Process and, where that fails, by arbitration based on the rules of the American Arbitration Association.

Back to top

**More...**
- Internal Dispute Resolution Appeal Form
- Internal Dispute Resolution Response Form

Back to top

**More...**
- Internal Dispute Resolution Appeal Form
- Internal Dispute Resolution Response Form
- Demand for Arbitration

Back to top

**More...**

Employees and UnitedHealth Group benefit from the use of private arbitration because it usually results in quicker, less costly resolution of disagreements than litigation for all current and former employees, as well as UnitedHealth Group. Therefore, UnitedHealth Group is pleased to extend arbitration to all current and former employees as an essential element of your employment relationship with UnitedHealth Group.

The UnitedHealth Group Employment Arbitration Policy is a binding contract between you and UnitedHealth Group. Arbitration is the exclusive forum for the resolution of all employment-related disputes, including termination of employment, involving UnitedHealth Group that are based on a legal claim. A copy of the official Arbitration can be found by following the link below:

- **Employment Arbitration Policy**

Arbitration decisions are final and binding upon both the employee and UnitedHealth Group. Since many employee disputes can be successfully resolved during the IDR process, and employees cannot use the Arbitration process unless they have first completed the IDR process and the matter is based on a legal claim.

Any party to the dispute may initiate the arbitration process. A dispute is based on a legal claim and is subject to this policy if it arises or involves a claim under any federal, state or local statute, regulation or common law doctrine. A separate arbitration policy applies to certain benefit-related claims. Further information can be found under the specific benefit within this Web site.

Employees who request arbitration for a dispute must use the Demand for Arbitration form. The Internal Dispute Resolution (IDR) Step 3 Appeal and Response form must be attached. A $25 check or money order payable to "UnitedHealth Group" must accompany this form. Return completed form to:

- Corporate Employee Relations
  UnitedHealth Group
  9900 Bren Road East
  Mail Route MN008-T850
  Minnetonka, Minnesota 55343

The rules and procedures to be used by the parties for arbitration are generally based on the Employment Dispute Resolution Rules of the American Arbitration Association (AAA). UnitedHealth Group has modified and expanded the rules and procedures in certain respects. In particular, provisions regarding fees and costs have been modified so that many of the costs typically shared by the parties will be borne by UnitedHealth Group. In addition, provisions permitting limited discovery have been added to ensure that both parties have similar access to relevant information. The AAA Rules shall govern issues not addressed by the UnitedHealth Group policy.

The arbitrator shall follow the rules of law of the state that is your principal place of work, any applicable Federal law, and the rules as stated in the policy. The arbitrator shall have the

Case 1:13-cv-08541-KBF   Document 25-3   Filed 02/12/14   Page 11 of 14

authority to grant any remedy or relief that the arbitrator deems just and equitable and is authorized by and consistent with the applicable law, including applicable statutory limitations on damages.

The arbitrator shall not have the authority to award damages or penalties to any entity or individual who is not a party to the arbitration.  The arbitrator shall have the authority to award counsel fees to the prevailing party if the arbitrator finds that the demand of a current or former employee for arbitration was frivolous, without merit or was not submitted in good faith.

Back to top

The information in this Knowledge Base is subject to applicable laws, regulations, as well as UnitedHealth Group policies and plan documents. If any discrepancy exists, the UnitedHealth Group policies and plan documents govern. This information is presented on June 13, 2007.

 UnitedHealth Group

united **HRdirect**



HOME    CONTACTS    DICTIONARY    HELP    FORMS    SIGN OUT

About United HRdirect

Getting Started at UnitedHealth Group

Benefits Handbook and Other Information

Employee Handbook

  Introduction

  • Handbook Purpose

  • Resources for Employees

  • Printable Employee Handbook

  Ethics and Integrity

  • Ethics and Integrity

  • Integrity of Claims, Reports and Representations to Government Entities

  Employment

  Work Schedules & Pay

  • Flexible Work Arrangements

  • Work Schedules

  • Classification of Employees

  • Pay Periods

  • Overtime Pay

  • Self Service Time and Attendance

  • Compensation Philosophy

  • Emergency Closings and Severe Weather Guidelines

  Work Conduct

  • Attendance

  • Attendance - California Employees

  • Corrective Action Process

  • Sexual and Other Harassment

Type in a few words and click "Search"    Tips

 Search

Limit search to:
☑ Internal Dispute Resolution and Arbitration

◄ Internal Dispute Resolution and Arbitration home page

# Viewing other complaints

### Viewing other complaints                    **More...**

**Q**  **Is it possible to look at complaints filed by other people?**

A   All complaints are confidential.  The reviewers will take into consideration other similar complaints.

Back to top

The information in this Knowledge Base is subject to applicable laws, regulations, as well as UnitedHealth Group policies and plan documents. If any discrepancy exists, the UnitedHealth Group policies and plan documents govern. This information is presented on June 13, 2007.

- Non-Retaliation Policy
- Violence-Free Workplace
- Alcohol and Drugs in the Workplace
- Non-Solicitation Policy
- Authorized Inspections and Phone Monitoring
- Smoking Policy
- Dress Guidelines
- Travel and Expense Reimbursement
- Government Sanctions Policy

Dispute Resolution

- Internal Dispute Resolution and Arbitration
- 'One Breath' Policy

Security & Safety

Time Off

Leaves of Absence

Employee Services

Forms, Guides and Links

My Pay

My Time Off

Leaves of Absence

Workers Compensation

My Employee Data

Employee Programs

Workplace Practices

Hiring Process & Tools

Leadership Development

My Development

Performance Management

Compensation Programs & Guidelines

Ending Your Employment

Plans and programs valid as of

Select a new date

Case 1:13-cv-08541-KBF   Document 25-3   Filed 02/12/14   Page 14 of 14